## 16065.  KING v. NEILL.

LUKE, J.  1.  A petition by which the owner of lands seeks to recover damages for alleged libelous or slanderous words falsely impugning his title, but which fails to allege that the words were malicious, sets forth no cause of action.  Civil Code (1910), § 4479; *Schoen* v. *Maryland Casualty Co.*, 47 *Ga.* 151, 153 (93 S. E. 82).

2.  Under the above-stated ruling the petition in the instant case did not set out a cause of action, and the court properly dismissed it on demurrer.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

> DECIDED MARCH 3, 1925.

Action for slander of title; from Muscogee superior court— Judge Munro.   October 25, 1924.

*G. DeVon King,* for plaintiff.

*A. W. Cozart,* for defendant.